# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

SHANE BRADLEY,

        Petitioner,

v.

STATE OF WISCONSIN,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-325-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondent.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____9/23/08_____
Date